FILED
JUL 21 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EDWARD BARBOUR,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

Misc. Action No. 11-415

## MEMORANDUM OPINION

This matter is before the Court on initial review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will deny the application and dismiss the complaint.

Pursuant to the Prison Litigation Reform Act ("PLRA"), unless a prisoner "is under imminent danger of serious physical injury," he may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006). This provision "neither divests a prisoner of his right to bring a claim nor changes the law in a way that adversely affects his prospects for success on the merits of the claim," *Ibrahim v. District of Columbia*, 208 F.3d 1032, 1036 (D.C. Cir. 2000), and a prisoner who is "not allowed to proceed [*in forma pauperis*] may pursue [his] substantive claims just as anyone else by paying the filing fee." *Adepegba v. Hammons*, 103 F.3d 383, 387 (5th Cir. 1996).

"Several federal courts have recognized Mr. Barbour as a 'three-striker' under § 1915(g)." *Barbour v. Acting U.S. Treasure*, No. 3:10cv550, 2011 WL 780776, at *1 (N.D. Fla. Feb. 24, 2011) (citing cases); *Barbour v. Federal Prisons*, No. 2:10-cv-978, 2011 WL 587146, at *1 (S.D. Ohio Feb. 9, 2011) (noting that plaintiff "had filed at least 67 prior actions in the United States District Court for the Western District of Virginia and that most, if not all, of them had been dismissed for reasons which trigger the application of § 1915(g)," denying his *in forma pauperis* application, and dismissing the case); *see also Barbour v. Clinton*, No. CV–11–36, 2011 WL 1419639, at *1 (D. Mont. Apr. 13, 2011) (Report and Recommendation) (noting that, "[s]ince November 2008, Barbour has filed close to 200 actions in the United States federal courts."). Notwithstanding his repeated assertions of serious physical harm, he fails to show that he is under imminent danger of serious physical injury.

The Court will deny plaintiff's application to proceed *in forma pauperis* and will dismiss this civil action without prejudice to refiling upon payment in full of the $350 filing fee. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

DATE: July 18, 2011

United States District Judge